**29th JUDICIAL DISTRICT COURT**

**PARISH OF SAINT CHARLES**

**STATE OF LOUISIANA**

DOCKET NO.: 78,254　　　DIVISION: DIV. E JUDGE MICHELE R. MOREL

**AMANDA GRIFFIN AND JAVAN GRIFFIN**

**VERSUS**

**WINN-DIXIE STORES, INC AND WINN-DIXIE MONTGOMERY, INC**

FILED: _____　　　_____
　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**

### PETITION FOR DAMAGES

The petition of Amanda Griffin and Javan Griffin (hereinafter after "Mrs. Griffin and Mr. Griffin") persons of full age of majority and domiciled in Saint Charles Parish respectfully represents:

1.

Made Defendants herein are **WINN-DIXIE STORES, LLC AND WINN-DIXIE MONTGOMERY, LLC** (hereinafter referred collectively as "Defendants"), is a foreign corporation/business entity, authorized to operate and doing business in Saint Charles Parish and in the State of Louisiana is subject to the proper venue and jurisdiction of this Honorable Court as the incident causing injury occurred in Saint Charles Parish, State of Louisiana.

2.

On or about April 21, 2013, Mrs. Griffin was guest and customer in the Winn-Dixie grocery store located at 12519 Airline Highway Suite A. Destrehan, Louisiana. As Mrs. Griffin moved about the store, she entered the produce department. Suddenly and without warning, Mrs. Griffin slipped and fell in a puddle of water on the floor. Defendants own and operate the aforementioned Winn-Dixie Store and they allowed water and/or ice to gather, into a puddle of water on the floor. As a direct result of Defendants negligence, Mrs. Griffin slipped in such a manner that she sustained injuries. Defendants failed to provide to property timely, reasonably and promptly dry, and clean and remove the water and slippery condition from the aforementioned floor.

3.

At all material times, Mrs. Griffin moved about the property in a reasonable manner. Had Mrs. Griffin known the unsafe and hazardous conditions and/or defects that existed and/or had warning of said dangerous conditions and/or defect, she could have avoided the accident made the subject of this action.

EXHIBIT "A"

4.

As a result of the incident described above, Mrs. Griffin began to experience persistent pain in her right ankle, right knee, right shoulder, right hip and lower back. Despite the injuries from this incident, Mrs. Griffin was forced to return to her job as a daycare worker. Subsequently, Mrs. Griffin's pain level increased. Due to her condition she was placed on light duty, at her job and was unable to perform her daily duties as a wife to her husband Javan Griffin.

5.

Mrs. Griffin has sustained severe physical injuries, physical pain and mental anguish. Mrs. Griffin has required and suffered through extensive medical care and treatment. The aforementioned injuries caused by this incident are continuously causing her pain, restrictions and limitations in her daily activities. Past, present and future damages, for Mrs. Griffin and her spouse (Mr. Griffin) include:

A. Past, present and future pain and suffering;

B. Past, present and future physical pain and suffering;

C. Past, present and future mental anguish and suffering;

D. Past, present and future medical and miscellaneous expenses and;

E. Loss of life's pleasures, loss of consortium and loss of enjoyment of life.

6.

The incident described above and the resulting injury and damages were caused solely and proximately by the fault, negligence and acts and omission of Defendants which fault and negligence consisted of, but not limited to, the following:

A. Failing to use reasonable care to keep property in a clean and safe condition;

B. Failing to use reasonable care to keep the premises free of hazardous conditions;

C. Failing to properly inspect, maintain and properly repair the premises;

D. Failing to establish proper procedures for cleaning and inspection;

E. Allowing a foreign and dangerous substance and/or objects to remain on the property creating an unreasonable and foreseeable risk and hazard of injury to Mrs. Griffin; and

F. Other acts of fault or negligence which will be proved at the trial of this matter.

7.

At all material times, defendants warranted to its patrons and visitors that the premises were safe and free of unreasonably and inherently dangerous conditions.

8.

Said Defendants are justly and truly indebted, jointly, severally, and in solido, unto Mrs. Griffin for the damages sustained by her in said incident in a reasonable amount to be determined at the trial.

WHEREFORE, plaintiffs pray that defendants Winn Dixie Stores, LLC and Winn-Dixie Montgomery be cited an served with a certified copy of this petition, that the defendants be required to appear herein and answer same and that after due proceedings been had, that a judgment in favor of plaintiffs, Amanda Griffin and Javan Griffin, and against defendants, Winn-Dixie Stores, LLC and Winn-Dixie Montgomery, LLC jointly, severally and in solido for any and all damages as are reasonable in the premises, as previously listed together with legal interest, thereon, from the date of judicial demand until finally paid, for all costs of these processing, and for any other and further legal and equitable relief as the Court deems necessary and proper.

Respectfully Submitted,

Rosalyn Ruffin-Duley
Bar Roll No.32130
3009 Highway 51 Suite D
La Place, LA 70068
Telephone: 985-224-2520
Facsimile: 985-224-2517
ATTORNEY FOR PLAINTIFFS

**PLEASE SERVE:**

**WINN DIXIE STORES, L.L.C. AND WINN-DIXIE MONTGOMERTY, L.L.C.**
Through its Agent for Process
CSC of Saint Tammany, Inc.
215 Saint Ann Drive
Suite 2
Mandeville, Louisiana 70471-3394

Cynthia Mi[...]
CLERK OF COURT
ST. CHARLES PARISH

## CITATION

**SERVE**

**GRIFFIN, AMANDA - ET AL**

Versus

**WINN DIXIE STORES INC - ET AL**



Case: **00078254**
Division: E
29th Judicial District Court
Parish of St. Charles
State of Louisiana

TO:
WINN DIXIE STORES, L.L.C. AND WINN-DIXIE MONTGOMERY, L.L.C.
THROUGH ITS AGENT FOR PROCESS:
CSC OF SAINT TAMMANY, INC.
215 SAINT ANN DRIVE, SUITE 2
MANDEVILLE, LA 70471-3394

**Personal**

You are hereby summoned to comply with the demand contained in the Petition, of which a certified copy accompanies this citation, or file your answer to the same, in the office of the Clerk on the Twenty-ninth Judicial Court in and for the Parish of St. Charles, in the Court House of said Parish at Hahnville, La., within fifteen days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES of the said Court on the 23rd day of April A.D., 2014.

*Lance Marino*
**CLERK OF COURT**

BY: <u>Cynthia Mollaire</u>
*Deputy Clerk of Court*

### Service Information

Received on the _____ day of _____, 20 _____ and on the _____ day of _____, 20 ____ served the above named party as follows:

Personal Service on the party herein named _____.
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of sixteen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20 ____.

Service    $_____
                                By: _____
Mileage    $_____              *Deputy Sheriff*

Total       $_____

[ ORIGINAL ]



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

MDM / PERINJ
Transmittal Number: 12476897
Date Processed: 05/01/2014

| | |
|---|---|
| Primary Contact: | Katelyn Linville<br>Bi-Lo<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Copy of transmittal only provided to: | Ellen Godwin<br>Janet O'Rourke |

| | |
|---|---|
| Entity: | Winn-Dixie Montgomery, LLC<br>Entity ID Number 1710488 |
| Entity Served: | Winn Dixie Stores, L.L. C. and Winn-Dixie Montgomery, L.L.C. |
| Title of Action: | Amanda Griffin vs. Winn-Dixie Stores, Inc. |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | St. Charles Parish District Court, Louisiana |
| Case/Reference No: | 78,254 |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 04/30/2014 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Rosalyn Ruffin-Duley<br>985-224-2520 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com